Argued and submitted June 25, petition for judicial review dismissed December 17, 1997, petition for review denied March 17, 1998 (326 Or 530)

HOMERZELL REED,
*Petitioner,*

*v.*

BOARD OF PAROLE
AND POST-PRISON SUPERVISION,
*Respondent.*

(CA A91985)

950 P2d 417

Andy Simrin, Deputy Public Defender, argued the cause for petitioner. With him on the briefs was Sally L. Avera, Public Defender.

Sharon R. Schooley, Assistant Attorney General, argued the cause for respondent. With her on the brief were Hardy Myers, Attorney General, and Virginia L. Linder, Solicitor General.

Before Warren, Presiding Judge, and Edmonds and Armstrong, Judges.

PER CURIAM

Petition for judicial review dismissed. ORS 144.335(3); *Luckey v. Board of Parole,* 150 Or App 480, 946 P2d 361 (1997).